IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUTTONWOOD FINANCIAL GROUP, LLC and JON MICHAEL MCGRAW, <br><br> Defendants. | Civil Action No. 4:21-CV-686 |

**STIPULATION TO DISIMSS COUNT I OF THE COMPLAINT**

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Buttonwood Financial Group, LLC ("Buttonwood") and Jon Michael McGraw ("Mr. McGraw," collectively herein, "Defendants") hereby agree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Count I of the Complaint alleging violations of Section 206(1) of the Investment Advisers Act of 1941, 15 U.S.C. § 80b-6(1), is dismissed with prejudice.

| **FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION** | **FOR DEFENDANT BUTTONWOOD AND JON MICHAEL MCGRAW** |
|---|---|
| */s/ Charles E. Canter* <br> Charles E. Canter (Cal. Bar No. 263197) <br> Gary Y. Leung (Cal. Bar No. 302928) <br> Securities and Exchange Commission <br> 444 South Flower Street, Ste. 900 <br> Los Angeles, CA 90071 <br> Telephone: (323) 965-3998 <br> canterc@sec.gov <br> leungg@sec.gov | */s/ Sean W. Colligan* <br> Sean W. Colligan, MO # 48491 <br> Erick F. Orantes, MO # 71106 <br> STINSON LLP <br> 1201 Walnut Street, Suite 2900 <br> Kansas City, MO 64106 <br> Tel: (816) 842-8600 <br> Fax: (816) 691-3495 <br> sean.colligan@stinson.com <br> erick.orantes@stinson.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I caused the filing of the above and foregoing document with the Court's CM/ECF system, which electronically served all counsel of record:

*/s/ Charles E. Canter*
Attorney for Securities and Exchange Commission